UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD LOVISA and LOIS LOVISA, Individually and on behalf of others similarly situated,<br>　　　　Plaintiffs<br><br>v.<br><br>MERRIMACK MUTUAL FIRE INSURANCE COMPANY and CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY,<br>　　　　Defendants | Civil Action No. 22-05933<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Richard Lovisa and Lois Lovisa voluntarily dismiss this action.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 9/27/23

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge
The Clerk is ordered to close the case.

RICHARD LOVISA
LOIS LOVISA, Plaintiffs,

By their attorneys:

/s/Kenneth D. Quat (pro hac vice)
Mass. BBO #408640
QUAT LAW OFFICES
373 Winch Street
Framingham MA 01701
508-872-1261
ken@quatlaw.com

/s/Michael R. Reese
Michael R. Reese
Sue J. Nam
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
mreese@reesellp.com
snam@reesellp.com

1

                                    Charles D. Moore
                                    **REESE LLP**
                                    100 South 5th Street, Suite 1900
                                    Minneapolis, MN 55402
                                    Telephone: 212-643-0500
                                    *cmoore@reesellp.com*

## Certificate of Service

I certify that on September 26, 2023, the foregoing document was filed electronically with the U.S. District Court for the Eastern District of New York and served upon Defendants' counsel of record noted below by notification of electronic filing:

Randy Faust, Esq.
rfaust@tysonmendes.com
Tyson & Medes
420 Lexington Avenue, Suite 2800
New York NY 10017

Jessica H. Park, Esq.
jpark@sulloway.com

                                      */s/Kenneth D. Quat*
                                      Counsel for Plaintiffs